UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BONNIE NASON, as Administrator of the
Estate of Alisha Patricia Nason,

                              Plaintiff,

   -against-

FRANKLIN COUNTY, FRANKLIN COUNTY
SHERIFF'S DEPARTMENT, GLENN
SCHROYER, MD, LISA CLARK, RN, and
JOHN/JANE DOES 1-3,

                             Defendants.
_____

**NOTICE OF MOTION**

Civil Case No.: 9:25-cv-00435 (ECC/TWD)

| | |
|---|---|
| MOTION BY: | Defendants, Franklin County, Franklin County Sheriff's Department, Glenn Schroyer, MD and Lisa Clark, RN. |
| DATE, TIME, AND PLACE: | Motion returnable before Hon. Elizabeth C. Coombe, U.S. District Judge, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207 **on submission only** and on such date as the Court shall determine. |
| SUPPORTING PAPERS: | Attorney Affidavit of Stephen M. Groudine, Esq., with Exhibits "A" through "G," and Memorandum of Law. |
| RELIEF REQUESTED: | An Order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) granting Defendants' Motion to Dismiss and for such other and further relief as the Court deems just and proper. |
| RESPONDING PAPERS: | Response to motion due by August 11, 2025. |

Dated: July 21, 2025

                                      MURPHY BURNS GROUDINE LLP

                                      By: _____
                                         Stephen M. Groudine, Esq.
                                         Bar Roll No.: 516070
                                      Attorneys for Defendants
                                      407 Albany Shaker Road, Suite 201
                                      Loudonville, New York 12211
                                      Telephone: (518) 690-0096
                                      Email: sgroudine@mbglawny.com

TO: RICKNER PLLC
     Attn: Rob Rickner, Esq.
     Attorneys for Plaintiff
     14 Wall Street, Suite 1603
     New York, New York 10005
     Telephone: (888) 390-5401