UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BONNIE NASON, as Administrator of the
Estate of Alisha Patricia Nason,

                      Plaintiff,

-against-

FRANKLIN COUNTY, FRANKLIN COUNTY
SHERIFF'S DEPARTMENT, GLENN
SCHROYER, MD, LISA CLARK, RN, and
JOHN/JANE DOES 1-3,

                      Defendants.

**ATTORNEY AFFIDAVIT**

Civil Case No.: 9:25-cv-00435
(ECC/TWD)

---

STATE OF NEW YORK   }
COUNTY OF ALBANY    } ss.:

        STEPHEN M. GROUDINE, being duly sworn, deposes and says:

        1.     I am an attorney duly licensed to practice law in the State of New York, I am a partner in the law firm of Murphy Burns Groudine LLP, attorneys for Defendants, Franklin County, Franklin County Sheriff's Department, Glenn Schroyer, and Lisa Clark RN (hereinafter referred to collectively as the "moving defendants") and am fully familiar with the facts and the procedural history of this action.

        2.     I submit this Attorney Affidavit in support of the moving defendants' Motion to Dismiss.

        3.     Attached hereto and made a part hereof as Exhibit "A" is a copy of the plaintiff's Notice of Claim dated March 28, 2024, and filed on April 2, 2024.

        4.     Attached hereto and made a part hereof as Exhibit "B" is a copy of the letter from Franklin County sent by and through its attorneys, Murphy Burns LLP (now Murphy Burns

Groudine LLP) dated May 21, 2024, rejecting plaintiff's March 28, 2024, Notice of Claim due to a failure to comply with General Municipal Law §50-e.

5. Attached hereto and made a part hereof as Exhibit "C" is a copy of the plaintiff's "Notice of Claim" dated March 28, 2024, which plaintiff provided to the Franklin County Manager's Office on or around February 14, 2025.

6. Attached hereto and made a part hereof as Exhibit "D" is a copy of the letter from Frankin County sent by and through its attorneys Murphy Burns Groudine, LLP dated February 24, 2025 again rejecting plaintiff's March 28, 2024, Notice of Claim due to a failure to comply with General Municipal Law § 50-e.

7. Attached hereto and made a part hereof as Exhibit "E" is a copy of the plaintiff's "Amended Notice of Claim" filed in the Franklin County Clerk's Office on March 19, 2025.

8. Attached hereto and made a part hereof as Exhibit "F" is a copy of the letter from Franklin County sent by and through its attorneys Murphy Burns Groudine, LLP dated April 3, 2025, rejecting plaintiff's "Amended Notice of Claim" due to a failure to comply with General Municipal Law § 50-e.

9. Attached hereto and made a part hereof as Exhibit "G" is a true and accurate, publicly filed copy of the New York State Surrogates Court's decree granting plaintiff "Letters of Administration with Limitations" with respect to the Estate of Alisha Patricia Nason dated December 20, 2024 along with the accompanying Petition.

10. From the "Letters of Administration with Limitations" and Petition this Court can take judicial notice of the fact that the plaintiff's administration of the Estate of Alisha Patricia Nason is limited to bringing a "[l]awsuit **against state of NY** for wrongful death." See Exhibit G (emphasis added).

**WHEREFORE**, for the reasons set forth herein and in the accompanying Memorandum of Law, the Defendants Franklin County, Franklin County Sheriff's Department, Glenn Schroyer, and Lisa Clark RN, respectfully request that the defendants' Motion to Dismiss be granted.

Dated: July 21, 2025

MURPHY BURNS GROUDINE LLP

By: _____
Stephen M. Groudine, Esq.
Bar Roll No.: 516070
Attorneys for Defendants
407 Albany Shaker Road, Suite 201
Loudonville, New York 12211
Telephone: (518) 690-0096
Email: sgroudine@mbglawny.com

Sworn to before me this
21st day of July 2025.

_____
Notary Public

Dani Klein
Notary Public, State of New York
Qualified in Schenectady County
Comm. 5026256 - Expires April 18, 2026