# MURPHY BURNS LLP

ATTORNEYS AND COUNSELORS AT LAW

407 ALBANY SHAKER ROAD
LOUDONVILLE, NEW YORK 12211
518.690.0096
FAX 518.690.0053

JAMES J. BURNS
THOMAS K. MURPHY
STEPHEN M. GROUDINE

WILLIAM J. MURPHY
1926-2006

May 21, 2024

Rob Rickner, Esq.
Rickner PLLC
14 Wall Street, suite 1603
New York, New York 10005

Re:   Alisha Nason v. Franklin County

Dear Mr. Rickner:

Our firm represents respondent, Franklin County, in the above-referenced matter. We are in receipt of the enclosed purported Notice of Claim and hereby reject the same for failure to comply with New York State General Municipal Law §50-e. The filing of a claim on behalf of a decedent may only be made by the duly appointed representative of the decedent's estate and must be accompanied by proof of same, i.e., Letters of Administration. The enclosed document purporting to be a Notice of Claim fails to meet that requirement.

Thank you for your kind attention.

Very truly yours,

MURPHY BURNS LLP

By: Thomas K. Murphy
tmurphy@murphyburnslaw.com

TKM/ycs
Enclosure