# MURPHY BURNS GROUDINE LLP

ATTORNEYS AND COUNSELORS AT LAW

JAMES J. BURNS
THOMAS K. MURPHY
STEPHEN M. GROUDINE
JESSICA M. PETTEYS

407 ALBANY SHAKER ROAD, SUITE 201
LOUDONVILLE, NEW YORK 12211
PHONE 518.690.0096 // FAX 518.690.0053

WILLIAM J. MURPHY
1926-2006

February 24, 2025

Rob Rickner, Esq.
Rickner PLLC
14 Wall Street, Suite 1603
New York, New York 10005

   Re: Alisha Nason v. Franklin County

Dear Mr. Rickner:

   Our firm represents respondent, Franklin County, in the above-referenced matter. We are in receipt of the enclosed purported Notice of Claim and hereby reject the same for failure to comply with New York State General Municipal Law §50-e. The filing of a claim on behalf of a decedent may only be made by the duly appointed representative of the decedent's estate and must be accompanied by proof of same, i.e., Letters of Administration. The enclosed document purporting to be a Notice of Claim fails to meet that requirement.

   Thank you for your kind attention.

       Very truly yours,

      MURPHY BURNS GROUDINE LLP

     By: Stephen M. Groudine
     sgroudine@mbglawny.com

SMG/ycs
Enclosure