# AMENDED NOTICE OF CLAIM

In the Matter of the Claim of

BONNIE NASON,

Claimant,

-against-

COUNTY OF FRANKLIN,

Respondent.

RECEIVED

MAR 1 9 2025

FRANKLIN COUNTY CLERK

TO:

County Office
355 West Main St.
Malone NY 12953

County Clerk
355 West Main Street, Suite 248
Malone, NY 12953

Sheriffs Department
45 Bare Hill Rd
Malone, NY 12953

PLEASE TAKE NOTICE that the undersigned claimant(s) hereby make(s) claim and demand against you, as follows:

**1. The name and post office address of each claimant and claimant's attorneys is:**

Bonnie Nason, Administrator of the
Estate of Alisha Nason
*Claimant*
24 Maple Leaf Lane
AptA3
Brushton, New York 12916

Rickner PLLC
*Counsel for the Claimant*
14 Wall Street, Suite 1603
New York, New York 10005
(212) 300-6506
rob@ricknerpllc.com

**2. The nature of the claim, and 3. The time when, the place where and the manner in which the claim arose:**

Alisha Nason ("JB") died in Franklin County Detention Center on January 6, 2024. His death was caused by an improper injection of Sublocade, 300mg. Sublocade is a slow-release medication that replaces daily Suboxone. It operates by forming a solid mass, subcutaneously, after injection, which dissolves over time, releasing the medication. Due to this unique mechanism, however, Sublocade is extremely dangerous if it is not injected properly. Intravenous injection presents significant risk of serious harm or death as Sublocade forms a solid mass upon contact with body fluids. Occlusion, local tissue damage, and thrombo-embolic events, including life threatening pulmonary emboli, could result if administered intravenously. It must not be administered intravenously, intramuscularly, or intradermally. It is only available through the Sublocade Risk Evaluation and Mitigation Strategy (REMS) Program, and may only be injected by a certified medical provider. On January 6, 2024, the registered nurse, L. Clark, was not properly certified or ignored the certification training and improperly injected the drug. This caused a clot which led to Mr. Nason's painful death. Officers and the Detention Center ignored pleas for help for a substantial period of time, and lost any opportunity to save Mr. Nason. These tortious action give rise to claims of wrongful death, medical malpractice, deliberate indifference in violation of the New York State Constitution, negligence, gross negligence, negligent supervision, negligent training, and battery.

**4. The items of damage or injuries claimed are:**

Mr. Nason died from the County employees' tortious actions. Damages and injuries include physical and emotional pain and suffering before death, wrongful death, loss of enjoyment of life, and economic damages.

Amending to Add: **Wrongful Death Brought by the Appointed Administrator**

March 17, 2025

_Rob Rickner_

## INDIVIDUAL VERIFICATION

State of New York, County of New York ss.:

Rob Rickner, being duly sworn, deposes and says that I am the owner of Rickner PLLC, representing the Claimant in the within action; I have read the foregoing Notice of Claim and know the contents thereof; and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files. The reason this verification is being made by me and not the Claimant is because I maintain my office in a different County from where the Claimant resides.

March 17, 2025

_____
Rob Rickner