# MURPHY BURNS GROUDINE LLP

ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| JAMES J. BURNS<br>THOMAS K. MURPHY<br>STEPHEN M. GROUDINE<br>JESSICA M. PETTEYS | 407 ALBANY SHAKER ROAD, SUITE 201<br>LOUDONVILLE, NEW YORK 12211<br>PHONE 518.690.0096 // FAX 518.690.0053 | WILLIAM J. MURPHY<br>1926-2006 |

April 3, 2025

Rob Rickner, Esq.
Rickner PLLC
14 Wall Street, Suite 1603
New York, New York 10005

    Re:    Alisha Nason v. Franklin County

Dear Mr. Rickner:

    Our firm represents respondent, Franklin County, in the above-referenced matter. We are in receipt of the enclosed purported Amended Notice of Claim and hereby reject the same for failure to comply with New York State General Municipal Law §50-e. In addition to it being untimely, the filing of a claim on behalf of a decedent may only be made by the duly appointed representative of the decedent's estate and <u>must be accompanied by proof of same, i.e., Letters of Administration</u> which indicate the claimant has the legal standing to bring this specific claim. The enclosed document purporting to be a Notice of Claim fails to meet that requirement.

    Thank you for your kind attention.

    Very truly yours,

    MURPHY BURNS GROUDINE LLP

    By: Stephen M. Groudine
    sgroudine@mbglawny.com

SMG/ycs
Enclosure