At a term of the Surrogate's Court of the State of New York held in and for the County of Franklin at Malone, New York

PRESENT: Hon. Craig P Carriero, Surrogate

---

**Administration Proceeding, Estate of Alisha Patricia Nason**

Deceased.

**DECREE GRANTING LETTERS OF ADMINISTRATION WITH LIMITATIONS**
File No. 2024-30739/A

A verified petition having been filed by Bonnie Nason praying that administration of the goods, chattels and credits of the above-named decedent be granted to Bonnie Nason and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation, or having failed to file timely written objections, or having waived the issuance of such citation and consented thereto; and it appearing that Bonnie Nason is in all respects competent to act as administrator of the estate of said deceased; now it is

ORDERED AND DECREED, that Letters of Administration issue to Bonnie Nason upon proper qualification and the filing of a bond be and hereby is dispensed with; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions: Said Letters shall be limited to the prosecution and defense of the cause of action set forth in the petition and that the said fiduciary be further limited from settling or receiving the avails of any judgement without the further Order of this Court or a Court of competent jurisdiction.

DATED: 12/20/2024

Craig P Carriero
Surrogate

FILED
DEC 23 2024
FRANKLIN CO. SURROGATE COURT
MALONE, NEW YORK

ENTERED: December 20, 2024
BY: Fawn M. Tatro
Fawn M. Tatro, Chief Clerk
Franklin County Surrogate's Court

|  | For Office Use Only |
|---|---|
| Filling Fee Paid | $_____ |
| _____ Certs | $_____ |
| $_____ Bond, | Fee:_____ |
| Receipt No: _____ No: | _____ |

DO NOT LEAVE ANY ITEMS BLANK

**SURROGATE'S COURT OF THE STATE OF NEW YORK**
COUNTY OF **FRANKLIN** _____

-------------------------------------------------- X

| ADMINISTRATION PROCEEDING, | PETITION FOR LETTERS OF: |
|---|---|
| Estate of **Alisha Patricia Nason** | ☐ Administration |
|  | ☐ Limited Administration |
| a/k/a | ☒ Administration with Limitations |
|  | ☐ Temporary Administration |
| Deceased | File No. _____ |

-------------------------------------------------- X

TO THE SURROGATE'S COURT, COUNTY OF **FRANKLIN** _____

It is respectfully alleged:

1. The name, domicile and interest in this proceeding of the petitioner, who is of full age, is as follows:

Name: **Bonnie Nason**

Domicile: **24 Maple Leaf Lane, Apt. A3**      **Brushton**
             (Street Address)                             (City/Town/Village)

**Franklin**          **New York**     **12916**     **404-353-3932**
(County)              (State)          (Zip)         (Telephone Number)

Mailing address is: _____
                             (if different from domicile)

Citizenship (check one):           ☒ U.S.A.   ☐ Other (specify) _____
Interest of Petitioner (check one):
  [ ] Distributee of decedent (state relationship) **Mother** _____
  [ ] Other(specify) _____

Is proposed Administrator an attorney?    ☐ Yes    ☒ No
   [If yes, submit statement pursuant to 22 NYCRR 207.16(e); see also 207.52 (Accounting of attorney-fiduciary).]

The proposed Administrator                ☐ is   ☒ is not a convicted felon nor is he/she otherwise
ineligible, pursuant to SCPA 707 to receive letters.
   If the proposed Administrator is a convicted felon, submit a copy of the Certificate of Relief from Civil Disabilities.

2. The name, domicile, date and place of death, and national citizenship of the above-named decedent are as follows:
**[The Death Certificate must be filed with this proceeding. If the decedent's domicile is different from that shown on the death certificate, check box [ ] and attach an affidavit explaining the reason for this inconsistency.]**

Name: **Alisha Patricia Nason**

Domicile: **381 Constable Burke Townline Road**      **Constable**
             (Street Number)                                  (City, Village/Town)

**New York**                     **12926**
(State)                          (Zip Code)

Township of: _____   County of: **Franklin**
Date of Death: **January 7, 2024**        Place of Death: **Franklin County Jail**

Citizenship:   (check one):  ☒  U.S.A.    ☐   Other (specify) _____

A1 (03/18)                                                                       Page 1 of 18

**[Note: For Items 3a through c: Do not include any assets that are jointly held, held in trust for another, or have a named beneficiary.]**

3.(a) The estimated gross value of the decedent's personal property passing by intestacy is less than

$ __0__

(b) The estimated gross value of the decedent's real property, in this state, which is [ ] improved, [ ] unimproved, passing by intestacy is less than

$ __0__

A brief description of each parcel is as follows:

**N/A**

(c) The estimated gross rent for a period of eighteen (18) months is the sum of $ __0__

(d) In addition to the value of the personal property stated in paragraph (3) the following right of action existed on behalf of the decedent and survived his/her death, or is granted to the administrator of the decedent by special provision of law, and it is impractical to give a bond sufficient to cover the probable amount to be recovered therein: **[Write "NONE" or state briefly the cause of action and the person against whom it exists, including names and carrier].**

**Lawsuit against state of NY for wrongful death**

(e) If decedent is survived by a spouse and a parent, or parents but no issue, and there is a claim for wrongful death, check here [✓] and furnish names(s) and address(es) of parent(s) in Paragraph 7. See EPTL5-4.4.

4. A diligent search and inquiry, including a search of any safe deposit box, has been made for a will of the decedent and none has been found. Petitioner(s)(has)(have) been unable to obtain any information concerning any will of the decedent and therefore allege(s), upon information and belief, that the decedent died without leaving any last will.

5. A search of the records of this Court shows that no application has ever been made for letters of administration upon the estate of the decedent or for the probate of a will of the decedent, and your petitioner is informed and verily believes that no such application ever has been made to the Surrogate's Court of any other county of this state.

6. The decedent left surviving the following who would inherit his/her estate pursuant to EPTL4-1.1 and 4-1.2:

a. __No__ Spouse(husband/wife).

b. __No__ Child or children or descendants of predeceased child or children. **[Must include marital, nonmarital and adopted].**

c. __No__ Any issue of the decedent adopted by persons related to the decedent (DRLSection117).

d. __2__ Mother/Father.

e. __X__ Sisters or brothers, either of whole or half blood, and issue of predeceased sisters or brothers.

f. __X__ Grandmother/Grandfather.

g. __X__ Aunts or uncles, and children of predeceased aunts and uncles (first cousins).

h. __X__ First cousins once removed (children of first cousins).

**[Information is required only as to those classes of surviving relatives who would take the property of decedent pursuant to EPTL4-1.1. State "number" of survivors in each class. Insert "No" in all prior classes. Insert "X" in all subsequent classes].**

7. The decedent left surviving the following distributees, or other necessary parties, whose names, degrees of relationship, domiciles, post office address and citizenship are as follows:

[Note: Show clearly how each person is related to decedent. If relationship is through an ancestor who is deceased, give name, date of death, and relationship of the ancestor to the decedent. Use rider sheet if space in paragraph (7) is not sufficient. See Uniform Rules 207.16(b).

If any person listed in paragraph(7)is a non-marital person,or descended from an on marital person,attach a copy of the order affiliation or Schedule A. If any person listed in paragraph (7) was adopted by any persons related by blood or marriage to decedent or descended from such persons, attach Schedule B].

7a. The following are of full age and under no disability:[If non-marital or adopted-out person,so indicate by attaching Schedule A and/or B]

| Name | Relationship | Domicile and Mailing Address | Citizenship |
|---|---|---|---|
| Bonnie Nason | Mother | 24 Maple Leaf Lane, Apt. A3, Brushton, NY 12916 | USA |
| Harold H. Nason | Father | 401 County Route 10, North Bangor, NY 12966 | USA |

7b. The following are infants and/or persons under disability: [Attach applicable Schedule A, B, C, and/or D]

| Name | Relationship | Domicile and Mailing Address | Citizenship |
|---|---|---|---|

8. There are no outstanding debts or funeral expenses, except: [Write "NONE" or state same]

NONE.

9. There are no other persons interested in this proceeding other than those here in before mentioned.

WHEREFORE, your petitioner respectfully prays that: [Check and complete all relief requested]

☐ a. process issue to all necessary parties to show cause why letters should not be issued as requested;

☐ b. an order be granted dispensing with service of process upon those persons named in Paragraph(7) who have a right to letters prior or equal to that of the person nominated, and who are non-domiciliaries or whose names or whereabouts are unknown and cannot be ascertained;

☑ c. a decree award Letters of:

☐ Administration to _____

☐ Limited Administration to _____

☑ Administration with Limitation to Bonnie Nason _____

☐ Temporary Administration to _____

or to such other person or persons having a prior right as may be entitled thereto, and;

☐ d. That the authority of the representative under the forgoing Letters be limited with respect to the prosecution or enforcement of a cause of action on behalf of the estate, as follows: the administrator(s) may not enforce a judgment or receive any funds without further order of the Surrogate.

☐ e. That the authority of the representative under the foregoing Letters be limited as follows:

_____

_____

_____

_____

_____

_____

☐ f. [State any other relief requested.] _____

Dated: 7-23-24

1. /s/ Bonnie Nason
(Signature of Petitioner)
Bonnie Nason
(Print Name)

2. _____
(Signature of Petitioner)
_____
(Print Name)

Page 4 of 18

| STATE OF NEW YORK | ) |
|---|---|
| | ) ss: |
| COUNTY OF | ) |
| Franklin | |

**COMBINED VERIFICATION, OATH AND DESIGNATION**

**[For use when petitioner is to be appointed administrator]**

I, the undersigned the petitioner named in the foregoing petition, being duly sworn, say:

    1. VERIFICATION: I have read the foregoing petition subscribed by me and know the contents thereof, and the same is true of my own knowledge, except as to the matters there in stated to be alleged upon information and belief, and as to those matters I believe it to be true.

    2. OATH OF ADMINISTRATOR as indicated above: I am over eighteen (18) years of age and a citizen of the United States; and I will well, faithfully and honestly discharge the duties of Administrator of the goods, chattels and credits of said decedent according to law. I am not ineligible, pursuant to SCPA707, to receive letters and will duly account for all moneys and other property that will come into my hands.

    3. DESIGNATION OF CLERK FOR SERVICE OF PROCESS: I do hereby designate the Clerk of the Surrogate's Court of Franklin County, and his/her successor in office, as a person on whom service of any process, issuing from such Surrogate's Court may be made in like manner and with like effect as if it were served personally upon me, whenever I cannot be found and served within the State of New York after due diligence used.

My domicile is: **24 Maple Leaf Lane, Apt. A3,** **Brushton** **New York** **12916**
(Street/Number) (City, Village/Town) (State) (Zip)

*Signature of Petitioner:* Bonnie Nason

On the **30th** day of **May**, 20**24**, before me personally came **Bonnie Nason**

to me known to be the person described in and who executed the foregoing instrument. Such person duly swore to such instrument before me and duly acknowledged that he/she executed the same.

_____
Notary Public

Commission Expires:

(Affix Notary Stamp or Seal)

```
JULIE A. SPINNER
NOTARY PUBLIC. STATE OF NEW YORK
Registration No. 01SP6384731
Qualified in Franklin County
My Commission Expires 12/17/2026
```

Signature of Attorney: _____
Print Name: Elena Cohen

Firm Name: Cohen Green PLLC
Tel.No.: 929-888-9650

Address of Attorney: 1639 Centre St, Suite 216, Ridgewood, NY 11385