UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BONNIE NASON, as Administrator of the
Estate of Alisha Patricia Nason,

                                Plaintiff,

-against-

FRANKLIN COUNTY, FRANKLIN COUNTY
SHERIFF'S DEPARTMENT, GLENN
SCHROYER, MD, LISA CLARK, RN, and
JOHN/JANE DOES 1-3,

                                Defendants.

**CERTIFICATE OF SERVICE**

Civil Case No.: 9:25-cv-00435
                (ECC/TWD)

---

      STEPHEN M. GROUDINE, hereby certifies that on July 21, 2025, I electronically filed a Notice of Motion to Dismiss, Attorney Affidavit with Exhibits "A" through "G," and Memorandum of Law, on behalf of the Defendants, Franklin County, Franklin County Sheriff's Department, Glenn Schroyer, MD and Lisa Clark, RN, with the Clerk of the District Court using the CM/ECF system, which will send notification to all attorneys of record.

Dated: July 21, 2025

                              MURPHY BURNS GROUDINE LLP

                              By: _____
                                  Stephen M. Groudine, Esq.
                                  Bar Roll No.: 516070