# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

August 11, 2025

**Via ECF**

Hon. Elizabeth C. Coombe
United States District Court Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

      Re:    *Nason v. Franklin County, et al.*, 25-cv-00435-ECC-TWD

Dear Judge Coombe,

We represent the Plaintiff in the above-captioned matter and we write to request an extension of the time to oppose the Defendants' motion to dismiss. This is the first request to extend this deadline and Defendants consent to the request. The parties have discussed a briefing schedule and have agreed on October 2, 2025 for Plaintiff's opposition and October 24, 2025 for Defendants' reply.

We apologize for not making this request sooner, but the motion was filed shortly before a trial, and then counsel left for vacation, returning to the office today,

We thank the Court for considering this request.

Respectfully,

   /s/

Rob Rickner